# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| LISA LITTRELL, | ) |
| | ) |
| Plaintiff, | ) **Case No.:** 4:20-cv-08081-YGR |
| | ) |
| v. | ) ORDER GRANTING VOLUNTARY DISMISSAL |
| | ) |
| UNITY ASSET MANAGEMENT LLC, | ) |
| | ) |
| Defendant. | ) |

Pursuant to the notice filed by plaintiff Lisa Litrell, through her attorney, Michael S. Agruss, voluntarily dismissing this action under Federal Rule of Civil Procedure 41(a)(1)(A)(i), (Docket No. 11), this action is DISMISSED WITH PREJUDICE against Defendant, UNITY ASSET MANAGEMENT LLC.

DATED: January 14, 2021

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE